IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Misc No. 3268 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. ~~00-D-698-N~~ |
| ) | |
| STATE OF ALABAMA ) | |
| DEPARTMENT OF LABOR, ) | |
| Montgomery, AL, ) | |
| ) | |
| Garnishee, ) | |
| ) | |
| JACQUELINE J. ROBINSON TUCKER, ) | |
| ) | |
| Defendant. ) | |

## WRIT OF GARNISHMENT

GREETINGS TO:  State of Alabama Department of Labor
100 N. Union Street
Montgomery, AL 36104

An Application for a Writ of Garnishment against the property of Jacqueline J. Robinson Tucker, defendant, has been filed with this Court. A Judgment has been entered against the above-named defendant in the amount of $6,126.58, plus costs and interest. The balance due on the Judgment as of October 31, 2005 is $4,779.79, which includes a surcharge of 10 percent of the total amount due as allowed under Title 28 U.S.C. §3011, with interest accruing at the rate of 6.375 percent per annum until paid in full.

If you fail to answer this Writ or to withhold property in accordance with this Writ, the United States of America may petition the Court for an Order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a Judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the defendant any item attached by this Writ.

DONE this 3rd day of Nov, 2005.

Debra P. Hackett, Clerk

BY: _____
Deputy Clerk
U. S. District Court